CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: <u>4:19−mj−00505−BJ</u> All Defendants

| | |
|---|---|
| Case title: USA v. Castillo | Date Filed: 06/20/2019 |
| | Date Terminated: 06/20/2019 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Castillo**<br>*TERMINATED: 06/20/2019* | represented by | **Jaidee Serrano – FPD**<br>Federal Public Defender – Fort Worth<br>819 Taylor Street<br>Room 9A10<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: jaidee_serrano@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. §§ 1958, 1952, 924(j), and 2 Aid and Abet Murder for Hire | |

**Plaintiff**

**USA**           represented by  **J Stevenson Weimer–DOJ**
US Attorney's Office
801 Cherry St
Suite 1700, Unit 4
Fort Worth, TX 76102
817/252–5200
Fax: 817–252–5455
Email: jay.weimer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 06/20/2019 |  | 3 | Arrest (Rule 5) of Michael Castillo. Case Number 19–cr–428 from Southern District of New York. (jah) (Entered: 06/20/2019) |
| 06/20/2019 | 1 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Michael Castillo held on 6/20/2019. Date of Arrest: 6/20/2019 on warrant from Southern District of New York. Deft executed financial affidavit; O/appt FPD entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Jay Weimer; Defense – Jaidee Serrano. (No exhibits) Time in Court – :6. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Espinosa.) (jah) (Entered: 06/20/2019) |
| 06/20/2019 | 2 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael Castillo. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/20/2019) (jah) (Entered: 06/20/2019) |
| 06/20/2019 | 3 | 6 | WAIVER of Rule 5(c) Hearings by Michael Castillo. (jah) (Entered: 06/20/2019) |
| 06/20/2019 | 4 | 7 | MOTION for Pretrial Detention filed by USA as to Michael Castillo. (jah) (Entered: 06/20/2019) |
| 06/20/2019 | 5 | 8 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Michael Castillo. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Southern District of New York. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/20/2019) (jah) (Entered: 06/20/2019) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11606773@txnd.uscourts.gov
Subject:Activity in Case 19-505 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 6/20/2019 at 2:37 PM CDT and filed on 6/20/2019

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | <u>4:19–mj–00505–BJ *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Michael Castillo. Case Number 19–cr–428 from Southern District of New York. (jah)**


**4:19–mj–00505–BJ *SEALED*–1** No electronic public notice will be sent because the case/entry is sealed.

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11607001@txnd.uscourts.gov
Subject:Activity in Case 4:19-mj-00505-BJ USA v. SEALED Initial Appearance
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 6/20/2019 at 3:10 PM CDT and filed on 6/20/2019

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:19-mj-00505-BJ *SEALED* |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Michael Castillo held on 6/20/2019. Date of Arrest: 6/20/2019 on warrant from Southern District of New York. Deft executed financial affidavit; O/appt FPD entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Jay Weimer; Defense – Jaidee Serrano. (No exhibits) Time in Court – :6. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Espinosa.) (jah)**

**4:19-mj-00505-BJ *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 20 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § NO. 4:19-MJ-505 |
| | § |
| MICHAEL CASTILLO | § |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: June 20, 2019

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| MICHAEL CASTILLO | § | CASE NUMBER: 4:19-MJ-505 |

I, Michael Castillo, understand that in the Southern District of New York, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

June 20, 2019

_____
Defendant

_____
Defense Counsel

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 20 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:19-MJ-505-BJ

MICHAEL CASTILLO (01)

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

JUN 2 0 2019

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☒ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☒ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of _3_ days.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Tel: 817-252-5200

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: June 20, 2019

_____
JAY WEIMER
Assistant United States Attorney

7

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas at Fort Worth |

| UNITED STATES OF AMERICA<br>V.<br><br>MICHAEL CASTILLO | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 19-cr-428 | 4:19-MJ-505 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)   ☐ Petition

charging a       18       U.S.C.   1952, 1958, 924(j), 2

**DISTRICT OF OFFENSE**
Southern District of New York

**DESCRIPTION OF CHARGES:**

Aid and Abet Murder for Hire

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 20, 2019                                               /s/ _____
Date                                                              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

8