

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2019

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Michael Castillo, S1 19 Cr. 428 (JCK)

Dear Judge Koeltl:

    The Government respectfully submits this letter to update the Court regarding the status of the above-referenced case. The United States Marshals Service has informed the Government that defendant Michael Castillo is scheduled to arrive in the Southern District of New York on July 16, 2019. The Government will promptly notify the Court once Castillo has arrived in order to schedule an initial apperance.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

           by:   /s/Maurene Comey
                Maurene Comey & Jacqueline Kelly
                Assistant United States Attorneys
                (212) 637-2324 / 2456