**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Federal Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 13, 2020

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. David Espinal & Michael Castillo*,
           19 Cr. 428 (JGK)

Dear Judge Koeltl:

    We write to inform the Court and defense counsel that the Government will not seek the death penalty against David Espinal and Michael Castillo in connection with the murder of Hector Arias.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

                By: /s/ Maurene Comey
                    Jamie Bagliebter
                    Maurene Comey
                    Jacqueline Kelly
                    Assistant United States Attorneys
                    (212) 637-2266 / 2324 / 2456

CC: *All counsel by ECF*