**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                             19 Cr. 428-2 (JGK)

**MICHAEL CASTILLO,**                       <u>AMENDED ORDER</u>

                **Defendant.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held today, the next conference is scheduled for **February 4, 2021,** at **9 a.m.**

    Requests to charge, proposed voir dire and motions in limine shall be filed by **January 15, 2021.** Any responses or objections shall be filed by **January 22, 2021.** A final pre-trial conference shall be held on **March 2, 2021** at **9:00 a.m.** Trial is scheduled for **March 9, 2021** at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel and to provide defense counsel with sufficient time for trial preparation, the Court prospectively excludes the time from today, **December 17, 2020,** until **March 9, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion to preclude the introduction of evidence under Federal Rule of Evidence 404(b) was decided as indicated in the transcript of today's conference.

**SO ORDERED.**

**Dated:     New York, New York**
**December 17, 2020**                       /s/ John G. Koeltl
                                        **John G. Koeltl**
                                **United States District Judge**