UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·4·21

UNITED STATES OF AMERICA

- against -

MICHAEL CASTILLO,

Defendant.

19 Cr. 428-2 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the next conference is scheduled for **June 22, 2021** at **9 a.m.**

SO ORDERED.

Dated: New York, New York
May 4, 2021

John G. Koeltl
United States District Judge