USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/4/21

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Michael Castillo          Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

19-CR-428 (JGK) ( )

Defendant __Michael Castillo__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**XX** Status and/or Scheduling Conference

___ Plea/Trial/Sentence

*Michael Castillo by MSD*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Michael Castillo
Print Defendant's Name

*Mark S. DeMarco*
Defense Counsel's Signature

Mark S. DeMarco
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

5/4/21
Date

U.S. District Judge/~~U.S. Magistrate Judge~~