UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

MICHAEL CASTILLO,

               Defendant.

19 Cr. 428-2 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

Due to the Court's final scheduling adjustments, the trial is rescheduled to **July 19, 2021** at **9:00 a.m.** The final pre-trial conference will be held on **July 7, 2021** at **9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel and to provide the necessary court facilities, the Court prospectively excludes the time from today, **June 1, 2021**, until **July 19, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           June 1, 2021

                        John G. Koeltl
             United States District Judge