UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -                           19 Cr. 428-2 (JGK)

MICHAEL CASTILLO,                     ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held on June 22, 2021, the Government's motion in limine is granted in part and denied in part. The Clerk is directed to close ECF No. 83.

SO ORDERED.

Dated:   New York, New York
       June 22, 2021

                                      John G. Koeltl
                               United States District Judge