March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

            -v-

Michael Castillo , Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

19 -CR-428( JGK ) (      )

Defendant  Michael Castillo  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/23/2021
```

*Michael Castillo by MSD*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Michael Castillo
Print Defendant's Name

*Mark S. DeMarco*
Defense Counsel's Signature

Mark S. DeMarco
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

6/23/21
Date

*[signature]*
U.S. District Judge/U.S. Magistrate Judge