**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**MICHAEL CASTILLO,**

                Movant,            **22-cv-6894 (JGK)**
                                              **19-cr-428-02 (JGK)**

     - against -

                                              <u>**ORDER TO ANSWER**</u>

**UNITED STATES OF AMERICA,**

                Respondent.
------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby orders that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. The movant shall have 30 days from the date on which the movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers fled or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.
Dated:   New York, New York
         August 16, 2022

                                                /s/ John G. Koeltl
                                                   John G. Koeltl
                                       United States District Judge