UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

UNITED STATES OF AMERICA

        - against -

                                            19-cr-428 (JGK)

MICHAEL CASTILLO,

                  Defendant.             ORDER
―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

The Court has received the defendant's motion for an extension of time to respond to the government's opposition to the defendant's Section 2255 petition. ECF No. 126. The time for the defendant to respond to the government's opposition is extended to **December 10, 2022**. The government may reply by **January 6, 2023**.

The Clerk of Court is ordered to mail a copy of this Order to the defendant at **Michael Castillo, Reg. No. 58937-177, FCI Butner Low Federal Corr. Institution, P.O. Box 999, Butner, NC 27509**, and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            November 4, 2022

                                              John G. Koeltl
                                    United States District Judge