UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CASTILLO,

           Petitioner,

- against -

UNITED STATES OF AMERICA,

           Respondent.

19-cr-428 (JGK)
22-cv-6894 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The petitioner's application for a certificate of appealability, see ECF No. 7, is **denied** as moot. The Court declined to issue a certificate of appealability in its October 11, 2023 Memorandum Opinion and Order. See ECF No. 6.

**SO ORDERED.**

Dated:   New York, New York
          October 31, 2023

                                        John G. Koeltl
                                     United States District Judge