**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

– **against** -

**MICHAEL CASTILLO,**

          **Defendants.**

**19-cr-428 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's application by **June 6, 2024.** The defendant may reply by **June 20, 2024.** The Clerk is directed to mail a copy of this order to the defendant and to note service on the docket.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **May 23, 2024**

                                           /s/ John G. Koeltl
                                             **John G. Koeltl**
                                  **United States District Judge**