UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

UNITED STATES OF AMERICA,

      - against -

MICHAEL CASTILLO,
           Defendant.

---------------------------------------

19-cr-428 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the defendant. The Government should assure that the FBI retains the property until the Court rules on the request to turn over the defendant's property to a third party. The Government should respond to the defendant's request by **October 28, 2024.** The Clerk is directed to mail a copy of this Order to the defendant and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           October 21, 2024

                                            John G. Koeltl
                                  United States District Judge

Oct 14, 2024

Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Property in FBI possession
Case: 1:19CR00428-002 (JGK)

Dear Honorable John G. Koeltl

The FBI contacted me about my personnal property. Some of the property I am not able to possess because of being a convicted felon. I would like all my property and including the property I am not able to obtain no longer possess to a 3rd party. FBI stated I have get a court order to get those items release to the 3rd party within 30 days of their letter sent out on the 3rd of Oct 2024. If possible, I am asking for a court order to release everything to:
Christina Wells
2211 Chalfont DR
Apt # 59
Richmond, VA 23224
(347) 664-8498

Oct 14, 2024

Ms Wells legally able to obtain firearms and ammunition. The court will go to the Special Agent in charge of my property.

Special Agent Karma M. Smith
FBI NY Westchester Resident Agency
600 Midland AVE
RYE, NY 10580
(914) 925 3815 office
(646) 879- 9258 cell

Thank you

Michael Castillo
Reg# 589 37177

Enclosed (2) documents:
The letter from the FBI
My letter to the FBI



U.S. Department of Justice
Federal Bureau of Investigation

In Reply, Please Refer to
File No. 267D-NY-2181081

FBI New York Westchester Resident Agency
600 Midland Avenue
Rye, New York 10580
646-879-9258
October 3, 2024

Michael Castillo Reg#: 58937-177
FCI Butner Low
Old NC Highway 75
Butner, NC 27509

Attention: Michael Castillo Reg#: 58937-177

RE: Property in FBI possession

Dear Michael Castillo Reg#: 58937-177:

    The Federal Bureau of Investigation (FBI) is in possession of the following property which belongs to you:

1B12: Samsung Tablet (white)

1B11: Army backpack containing gun boxes and miscellaneous items belonging to Michael Castillo

1B10: 15 rounds 9 mm from SigSauer

1B9: Sig Saver (black) P226 (9mm)

1B8: 9 rounds of .45 from Sig Sauer .45

1B7: Sig Sauer P227 .45

1B6: Receipts for firearm purchase

1B5: Box of Federal Ammunition 380 (26 rounds)

1B4: Black gun case

1B3: Black Taurus 380 S/N 4998037

1B1: One Samsung Galaxy S10 IMEI 354605100127958

    You are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property for release to you or an authorized agent or designee. As you are aware, since you are a convicted felon, you are not allowed to possess firearms or ammunition. If you choose you can execute the enclosed FD-1119, FBI Waiver of Ownership, for the three firearms and ammunition listed above then please mail the executed form back in the envelope provided. If you wish to transfer ownership of the firearms and ammunition to a 3rd party, you must obtain a Court Order requiring the FBI to transfer possession and

ownership of the firearms and ammunition from you to your so-named 3rd party. The person must be legally authorized to possess a weapon and give proper assurances that the firearms will not be returned to Michael Castillo.

Please contact Special Agent Karma Smith at telephone number 914-925-3815, or cell phone number 646-879-9258 or at the address listed above regarding the property. If you wish to have the property released to an authorized agent or designee, please identify that individual along with contact information for that individual. This will be the only notice you receive concerning this property.

Sincerely,

John D. Sullivan
Supervisory Senior Resident Agent

Oct 15, 2024

Special Agent Karma Smith
FBI New York Westchester Resident Agency
600 Midland Avenue
Rye, New York 10580

RE: Property in FBI possession

Dear Special Agent Smith

    I was just handed your memo on the 11th of October. Mail is very slow threw the prison system at this location (Low-Butner, NC). I want all my property and including the firearms, ammunition going to a 3rd party. I will send a copy of your memo and also this letter to a judge asking for the court order you requested to release the items to a 3rd party. I doubt a federal judge will produce the court order within the 30 days you request from the 3rd of Oct. I am asking to have everything sent to:

    Christina Wells
    2211 Chalfont DR
    Apt #59
    Richmond, VA 23224
    (347) 664-8498

Oct 13, 2024

She will take possession of all property, firearms, and ammunition. She able to legally obtain and possess the firearms and ammunition for her personal use and will not return those items to me.

Thank you
Michael Castillo
Reg # 589 37177