**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

        **19-cr-428-2 (JGK)**

    - against -

        **ORDER**

**MICHAEL CASTILLO,**

          **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The defendant, Michael Castillo, has moved to correct his sentence pursuant to Federal Rule of Criminal Procedure 36 based on an alleged technical error in the judgment. This motion appears to seek the same relief that the Court previously denied in its Memorandum Opinion and Order dated July 8, 2024, ECF No. 153, a copy of which is attached to this Order.

Nevertheless, the Government should respond to the motion by **May 8, 2026**. The defendant may reply by **May 29, 2026**.

The Clerk is instructed to send a copy of this Order to the defendant and to note mailing on the docket.

**SO ORDERED.**
**Dated:**    **New York, New York**
          **April 22, 2026**

                          John G. Koeltl
                United States District Judge