UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL CASTILLO,

Defendant.

19-cr-428-2 (JGK)

<u>Memorandum
Opinion and Order</u>

**John G. Koeltl, District Judge:**

The defendant, Michael Castillo, moves pursuant to Federal Rule of Criminal Procedure 36 "to correct a clerical error" in his criminal judgment entered on October 20, 2021. ECF No. 172. Mr. Castillo, however, simply reiterates the same argument that the Court already rejected with respect to his previous Rule 36 motion, ECF No. 149: that he was convicted only of violating 18 U.S.C. § 924(j), and thus his judgment should be corrected to eliminate the reference to 18 U.S.C. § 924(c). In its Memorandum Opinion and Order denying Mr. Castillo's previous Rule 36 motion, the Court explained why the reference to § 924(c) was correct, see ECF No. 153, and that reasoning applies with equal force here. Mr. Castillo was convicted only of violating § 924(j), but that provision expressly incorporates the elements of § 924(c). Mr. Castillo also argues that the oral announcement of the sentence prevails over any subsequent description of the sentence. But there is no dispute that the sentence that the Court pronounced is the same sentence that is included in the judgment.

The Court has carefully considered all of the arguments of the parties. To the extent not specifically addressed above, the arguments are either moot

or without merit. Mr. Castillo's motion is therefore **denied.** The Court declines to find good cause for Mr. Castillo to proceed in forma pauperis on appeal. See 28 U.S.C. § 1915. To the extent Mr. Castillo purports to collaterally attack his conviction pursuant to 28 U.S.C. § 2255, the Court declines to issue a certificate of appealability because Mr. Castillo's motion fails to make a "substantial showing of a denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

The Clerk is respectfully requested to close ECF No. 172. The Clerk is also instructed to send a copy of this Order to Mr. Castillo and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          June 6, 2026

John G. Koeltl
United States District Judge

2