UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL CASTILLO,

Defendant.

19-cr-428-2 (JGK)

**Memorandum Opinion and Order**

**John G. Koeltl, District Judge:**

The Court is in receipt of Michael Castillo's June 17, 2026 letter, which the Court construes as a notice of appeal from the Court's June 6, 2026 Memorandum Opinion and Order. ECF No. 182.

Because the June 6, 2026 Order, ECF No. 181, denied a motion to correct a clerical error, see Fed. R. Crim. P. 36, and not a motion under 28 U.S.C. § 2255, no certificate of appealability is required to appeal that Order. See 28 U.S.C. § 2253(c)(1). In any event, the Court declines to issue such a certificate because Mr. Castillo has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the June 6, 2026 Order would not be taken in good faith, because such an appeal presents no non-frivolous issue. See Coppedge v. United States, 369 U.S. 438, 445 (1962).

The Clerk is instructed to send a copy of this Order to Mr. Castillo and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 6, 2026**

**John G. Koeltl**
**United States District Judge**